1  NOEL EDLIN, ESQ. (SBN 107796)
   nedlin@behblaw.com
2  FRED M. BLUM, ESQ. (SBN 101586)
   fblum@behblaw.com
3  ERIN K. POPPLER, ESQ. (SBN 267724)
   epoppler@behblaw.com
4  BASSI, EDLIN, HUIE & BLUM LLP
   500 Washington Street, Suite 700
5  San Francisco, CA 94111
   Telephone:    (415) 397-9006
6  Facsimile:    (415) 397-1339

7
   Attorneys for Defendant
8  WELLINGTON POWER CORPORATION

9

10                     UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13

14
   ROMAN HULSEY, CHRISTINA QUINN,      )   Case No. 4:13-CV-3355-DMR
15 PATRICIA ADAMS, WINIFRED THOMAS,    )
   LINDA CREEL, AND ABRAM PERLSTEIN,   )   STIPULATION BETWEEN
16                                     )   WELLINGTON POWER CORP. AND
              Plaintiffs,              )   PLAINTIFFS TO EXTEND THE
17                                     )   DEADLINE FOR DEFENDANT TO FILE
       vs.                             )   AND SERVE A RESPONSIVE PLEADING
18                                     )   TO PLAINTFFS' FIRST AMENDED
   PACIFIC GAS AND ELECTRIC            )   COMPLAINT
19 COMPANY, WELLINGTON ENERGY INC.,    )
   LANDIS AND GRY,; AND DOES 1-20,     )
20 INCLUSIVE,                          )
                                       )
21            Defendants.              )
                                       )
22 _____)

23

24

25

26

27

28
   712766
                                        1
   STIPULATION EXTENDING WELLINGTON'S DEADLINE TO RESPOND TO THE REMOVED FIRST AMENDED COMPLAINT

Defendant WELLINGTON POWER CORPORATION ("Wellington") and Plaintiffs ROMAN HULSEY, CHRISTINA QUINN, PATRICIA ADAMS, WINIFRED THOMAS, LINDA CREEL, and ABRAM ("Plaintiffs"), by and through their respective counsel, stipulate as follows:

## RECITALS

1. On June 7, 2013, Plaintiffs filed their First Amended Complaint in the San Francisco Superior Court of the State of California (Case No. CGC-13-531837) (the "state court action"). Wellington is named as a defendant in the state court action.
2. On July 18, 2013, Defendant PACIFIC GAS AND ELECTRIC COMPANY filed with this Court a notice of removal of Plaintiffs' state court action.
3. At the time the notice of removal was filed, Wellington had not yet appeared in the state court action and, consequently, was not served with the notice. Counsel for Wellington did not learn a notice of removal had been filed until July 26, 2013.
4. Upon learning of the notice of removal, Wellington's counsel immediately contacted Plaintiffs' counsel to confirm that the previous agreement the parties reached in the state court action to extend Wellington's deadline to file and serve a responsive pleading until August 14, 2013, would be honored in this federal proceeding.
5. Plaintiffs' counsel agreed to give Wellington until August 14, 2013, to file and serve a responsive pleading in this above-captioned matter.

## STIPULATION

1. Plaintiffs and Wellington hereby stipulate that Wellington has until August 14, 2013, to serve a responsive pleading in the above-captioned matter.

Date: July 27, 2013

BASSI, EDLIN, HUIE & BLUM LLP

By: /s/ Noel Edlin

NOEL EDLIN
Attorneys for Defendant
WELLINGTON POWER CORPORATION

712396

2

STIPULATION EXTENDING WELLINGTON'S DEADLINE TO RESPOND TO THE REMOVED FIRST AMENDED COMPLAINT

Date: July 29, 2013               LAW OFFICES OF PAUL R. OVERETT

                                  By: _____
                                      PAUL R. OVERETT
                                      Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated: 7/29/13

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

Re: <u>Roman Hulsey, et al. v. Pacific Gas & Electric Company, et al.</u>
<u>United States District Court, Northern District Case No. 4:13-CV-3355-DMR</u>

<u>PROOF OF SERVICE – ELECTRONIC TRANSMISSION</u>

STATE OF CALIFORNIA/COUNTY OF San Francisco

I am a citizen of the United States and an employee in the County of San Francisco. I am over the age of eighteen (18) years and not a party to the within action. My business address is BASSI, EDLIN, HUIE & BLUM LLP, 500 Washington Street, Suite 700, San Francisco, California 94111.

On the date executed below, I electronically served the document(s) via US District Court Northern District of California's Pacer Filing System, described below, on the recipients designated on the Transaction Receipt located on the court's website.

**STIPULATION BETWEEN WELLINGTON POWER CORP. AND PLAINTIFFS TO EXTEND THE DEADLINE FOR DEFENDANT TO FILE AND SERVE A RESPONSIVE PLEADING TO PLAINTFFS' FIRST AMENDED COMPLAINT**

On the following parties:

SEE COURT'S PACER E-FILING'S WEBSITE

I declare under penalty of perjury that the foregoing is true and correct and that this document is executed on July 29, 2013, at San Francisco, California.

/s/ CHRISTINE GILL
_____
CHRISTINE GILL

712720

1

PROOF OF SERVICE