1  NOEL EDLIN, ESQ. (SBN 107796)
   nedlin@behblaw.com
2  FRED M. BLUM, ESQ. (SBN 101586)
   fblum@behblaw.com
3  ERIN K. POPPLER, ESQ. (SBN 267724)
   epoppler@behblaw.com
4  BASSI, EDLIN, HUIE & BLUM LLP
   500 Washington Street, Suite 700
5  San Francisco, CA 94111
   Telephone:   (415) 397-9006
6  Facsimile:   (415) 397-1339

7  Attorneys for Defendant
   WELLINGTON POWER CORPORATION
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    OAKLAND DIVISION

12

13 | ROMAN HULSEY, CHRISTINA QUINN,     ) Case No. 3:13-CV-3355-EMC
   | PATRICIA ADAMS, WINIFRED THOMAS,  )
14 | LINDA CREEL, AND ABRAM PERLSTEIN, ) **STIPULATION BETWEEN**
   |                                    ) **WELLINGTON POWER CORP. AND**
15 |        Plaintiffs,                 ) **PLAINTIFFS FOR FURTHER**
   |                                    ) **EXTENSION OF THE DEADLINE FOR**
16 |   vs.                              ) **DEFENDANT TO FILE AND SERVE A**
   |                                    ) **RESPONSIVE PLEADING TO**
17 | PACIFIC GAS AND ELECTRIC           ) **PLAINTFFS' FIRST AMENDED**
   | COMPANY, WELLINGTON ENERGY INC.,  ) **COMPLAINT**
18 | LANDIS AND GRY,; AND DOES 1-20,   )
   | INCLUSIVE,                         )
19 |                                    )
   |        Defendants.                 )
20 |_____ )

21

22

23

24

25

26

27 718965

28
                                    1
**STIPULATION BETWEEN WELLINGTON POWER CORP. AND PLAINTIFFS FOR FURTHER EXTENSION OF THE
DEADLINE FOR DEFENDANT TO FILE AND SERVE A RESPONSIVE PLEADING TO PLAINTFFS' FIRST AMENDED
COMPLAINT**

Defendant <u>WELLINGTON POWER CORPORATION</u> ("Wellington") and Plaintiffs <u>ROMAN HULSEY, CHRISTINA QUINN, PATRICIA ADAMS, WINIFRED THOMAS, LINDA CREEL, and ABRAM PERLSTEIN</u> ("Plaintiffs"), by and through their respective counsel, stipulate as follows:

## RECITALS

1. On June 7, 2013, Plaintiffs filed their First Amended Complaint ("FAC") in the San Francisco Superior Court of the State of California (Case No. CGC-13-531837) (the "state court action"). Wellington is named as a defendant in the state court action.

2. On July 18, 2013, Defendant <u>PACIFIC GAS AND ELECTRIC COMPANY</u> filed with this Court a notice of removal of Plaintiffs' state court action.

3. At the time the notice of removal was filed, Wellington had not yet appeared in the state court action and, consequently, was not served with the notice. Counsel for Wellington did not learn a notice of removal had been filed until July 26, 2013.

4. Upon learning of the notice of removal, Wellington's counsel immediately contacted Plaintiffs' counsel to confirm that the previous agreement the parties reached in the state court action to extend Wellington's deadline to file and serve a responsive pleading until August 14, 2013, would be honored in this federal proceeding.

5. Plaintiffs' counsel agreed to give Wellington until August 14, 2013, to file and serve a responsive pleading in this above-captioned matter.

6. On August 13, 2013, in light of the breadth of the factual and legal issues raised in the FAC, Wellington's counsel contacted Plaintiffs' counsel to request to further extend the deadline to file and serve a responsive pleading and/or motion in this above-captioned matter until August 19, 2013.

7. Plaintiffs' counsel agreed to extend the deadline to file and serve a responsive pleading and/or motion until August 19, 2013.

718965

2

**STIPULATION BETWEEN WELLINGTON POWER CORP. AND PLAINTIFFS FOR FURTHER EXTENSION OF THE DEADLINE FOR DEFENDANT TO FILE AND SERVE A RESPONSIVE PLEADING TO PLAINTFFS' FIRST AMENDED COMPLAINT**

STIPULATION

1. Plaintiffs and Wellington hereby stipulate that Wellington has until August 19, 2013, to file and serve a responsive pleading and/or motion in the above-captioned matter.

Date: August 13, 2013

BASSI, EDLIN, HUIE & BLUM LLP

By: _____
NOEL EDLIN
Attorneys for Defendant
WELLINGTON POWER CORPORATION

Date: August 13, 2013

LAW OFFICES OF PAUL R. OVERETT

By: _____
PAUL R. OVERETT
Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated: 8/14/13

_____
THE HONORABLE
UNITED STATES DISTRICT COURT

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
IT IS SO ORDERED
Judge Edward M. Chen

718965

3

STIPULATION BETWEEN WELLINGTON POWER CORP. AND PLAINTIFFS FOR FURTHER EXTENSION OF THE DEADLINE FOR DEFENDANT TO FILE AND SERVE A RESPONSIVE PLEADING TO PLAINTFFS' FIRST AMENDED COMPLAINT

Re: <u>Roman Hulsey, et al. v. Pacific Gas & Electric Company, et al.</u>
<u>United States District Court, Northern District Case No. 3:13-CV-3355-EMC</u>

## CERTIFICATE OF SERVICE – ELECTRONIC TRANSMISSION

STATE OF CALIFORNIA/COUNTY OF San Francisco

I am a citizen of the United States and an employee in the County of San Francisco. I am over the age of eighteen (18) years and not a party to the within action. My business address is BASSI, EDLIN, HUIE & BLUM LLP, 500 Washington Street, Suite 700, San Francisco, California 94111.

On the date executed below, I electronically served the document(s) via ECF File & Serve for USDC Northern District of California, described below, on the recipients designated on the Transaction Receipt located on the ECF File & USDC Northern District of California website.

**STIPULATION BETWEEN WELLINGTON POWER CORP. AND PLAINTIFFS FOR FURTHER EXTENSION OF THE DEADLINE FOR DEFENDANT TO FILE AND SERVE A RESPONSIVE PLEADING TO PLAINTFFS' FIRST AMENDED COMPLAINT**

On the following parties:

PLEASE SEE SERVICE LIST PROVIDED ON THE ECF WEBSITE

__X__ BY ELECTRONIC FILING: I caused the above document to be served by ECF to the following names on the service list provided by ECF, and;

I declare under penalty of perjury that the foregoing is true and correct and that this document is executed on August 13, 2013, at San Francisco, California.


/s/ BRIDGETTE C. BURDICK
_____
BRIDGETTE C. BURDICK

719021

1

PROOF OF SERVICE