Philip J. Wang (SBN 219349)
Traci M. Keith (SBN 235828)
**LIM, RUGER & KIM, LLP**
One Maritime Plaza, Suite 825
San Francisco, CA 94111
Phone: (415) 599-2828
Fax: (415) 599-2829
Email: philip.wang@limruger.com
       traci.keith@limruger.com

Attorneys for Defendant Pacific Gas & Electric
Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAN HULSEY, CHRISTINA QUINN, PATRICIA ADAMS, WINIFRED THOMAS, LINDA CREEL, AND ABRAM PERLSTEIN, | Case No.: 3:13-cv-03355-EMC |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT PACIFIC GAS & ELECTRIC COMPANY TO RESPOND TO FIRST AMENDED COMPLAINT** |
| vs. | |
| PACIFIC GAS AND ELECTRIC COMPANY, WELLINGTON ENERGY INC., LANDIS AND GYR, AND DOES 1-20, INCLUSIVE, | Honorable Edward M. Chen |
| Defendants. | |

{00866601.DOC}

1   Plaintiffs and Defendant Pacific Gas & Electric Company ("PG&E"), by and through their

2   respective undersigned counsel, agree as follows:

3   WHEREAS, Plaintiff filed their Complaint in the Superior Court of the State of California,

4   City and County of San Francisco on May 31, 2013;

5   WHEREAS, Plaintiffs filed their First Amended Complaint ("FAC") in the Superior Court of

6   the State of California, City and County of San Francisco on June 7, 2013;

7   WHEREAS, Defendant PG&E filed a timely Notice of Removal of the case to the Northern

8   District of California on July 18, 2013;

9   WHEREAS, Plaintiffs and PG&E agreed that Plaintiffs would serve counsel for PG&E with a

10   Notice and Acknowledgement of Receipt of the FAC;

11   WHEREAS, Plaintiffs served that Notice and Acknowledgement of Receipt on August 7,

12   2013;

13   WHEREAS, counsel for PG&E signed the Notice and Acknowledgement of Receipt on

14   August 8, 2013;

15   WHEREAS, Plaintiffs and PG&E further agreed that PG&E would have until September 20,

16   2013 to answer or otherwise respond to the FAC;

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

{00866601.DOC}

**STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO FAC
Case No. 3:13-cv-03355-EMC**

1    NOW THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiffs and PG&E,

2  through their respective counsel, and subject to Court approval, that PG&E shall have until

3  September 20, 2013 to answer or respond to the FAC.

4

5  DATED: August 9, 2013                      Respectfully submitted,

6                                             LIM, RUGER & KIM, LLP

7

8                                             By: _____ /s/ Philip J. Wang _____

9                                                  Philip J. Wang

10                                                 *Attorneys for Defendant Pacific Gas &*
                                                   *Electric Company*
11

12

13                                            By: _____

14                                                 Paul R. Overett

15                                                 *Attorneys for Plaintiffs Hulsey, Quinn,*
                                                   *Adams, Thomas, Creel and Perlstein*
16

17

18

19

20

21

22

23

24

25

26

27

28

{00866601.DOC}

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO FAC
Case No. 3:13-cv-03355-EMC

3

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3   DATED:                8/14/13

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



The Honorable Edward M. Chen
United States District Judge

IT IS SO ORDERED

Judge Edward M. Chen