Philip J. Wang (SBN 219349)
Traci M. Keith (SBN 235828)
**LIM, RUGER & KIM, LLP**
One Maritime Plaza, Suite 825
San Francisco, CA 94111
Phone: (415) 599-2828
Fax: (415) 599-2829
Email: philip.wang@limruger.com
       traci.keith@limruger.com

Attorneys for Defendant Pacific Gas & Electric Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAN HULSEY, CHRISTINA QUINN, PATRICIA ADAMS, WINIFRED THOMAS, LINDA CREEL, AND ABRAM PERLSTEIN, <br><br> Plaintiffs, <br><br> vs. <br><br> PACIFIC GAS AND ELECTRIC COMPANY, WELLINGTON ENERGY INC., LANDIS AND GYR, AND DOES 1-20, INCLUSIVE, <br><br> Defendants. | Case No.: 3:13-cv-03355-EMC <br><br> STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT PACIFIC GAS & ELECTRIC COMPANY TO RESPOND TO FIRST AMENDED COMPLAINT <br><br> Honorable Edward M. Chen |

1  Plaintiffs and Defendant Pacific Gas & Electric Company ("PG&E"), by and through their
2  respective undersigned counsel, agree as follows:
3  WHEREAS, Plaintiff filed their Complaint in the Superior Court of the State of California,
4  City and County of San Francisco on May 31, 2013;
5  WHEREAS, Plaintiffs filed their First Amended Complaint ("FAC") in the Superior Court of
6  the State of California, City and County of San Francisco on June 7, 2013;
7  WHEREAS, Defendant PG&E filed a timely Notice of Removal of the case to the Northern
8  District of California on July 18, 2013;
9  WHEREAS, Plaintiffs and PG&E agreed that Plaintiffs would serve counsel for PG&E with a
10 Notice and Acknowledgement of Receipt of the FAC;
11 WHEREAS, Plaintiffs served that Notice and Acknowledgement of Receipt on August 7,
12 2013;
13 WHEREAS, counsel for PG&E signed the Notice and Acknowledgement of Receipt on
14 August 8, 2013;
15 WHEREAS, Plaintiffs and PG&E further agreed that PG&E would have until September 20,
16 2013 to answer or otherwise respond to the FAC;
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

NOW THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiffs and PG&E, through their respective counsel, and subject to Court approval, that PG&E shall have until September 20, 2013 to answer or respond to the FAC.

DATED: August 9, 2013

Respectfully submitted,

LIM, RUGER & KIM, LLP

By: _____/s/ Philip J. Wang_____

Philip J. Wang

*Attorneys for Defendant Pacific Gas & Electric Company*

By: _____[signature]_____

Paul R. Overett

*Attorneys for Plaintiffs Hulsey, Quinn, Adams, Thomas, Creel and Perlstein*

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  DATED: _____8/14/13_____      

The Honorable Edward M. Chen
United States District Judge