DONALD F. ZIMMER, JR. (State Bar No. 112279)
fzimmer@kslaw.com
MATTHEW J. BLASCHKE (State Bar No. 281938)
mblaschke@kslaw.com
CAMERON J. HOYLER (State Bar No. 273234)
choyler@kslaw.com
**KING & SPALDING LLP**
101 Second Street
Suite 2300
San Francisco, CA  94105
Telephone:     +1 415 318 1200
Facsimile:      +1 415 318 1300

Attorneys for Defendant
LANDIS+GYR, INC.
(erroneously sued as "Landis and Gyr")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAN HULSEY; CHRISTINA QUINN, PATRICIA ADAMS, WINIFRED THOMAS, LINDA CREEL, AND ABRAM PERLSTEIN,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, WELLINGTON ENERGY INC., LANDIS AND GYR, AND DOES 1-20, INCLUSIVE,<br><br>Defendants. | Case No. 3:13-cv-3355-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARINGS ON LANDIS+GYR, INC.'S MOTION TO DISMISS AND PLAINTIFFS' MOTION TO REMAND**<br><br>Civ. L. R. 6-1(a), 7-7(b)(1)<br><br>Original Hearing Date: September 5, 2013<br><br>**New Hearing Date:  September 26, 2013**<br>**Time:                          1:30 p.m.**<br>Judge:                         Hon. Edward M. Chen<br>Courtroom:                  5 – 17th Floor |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARINGS ON
LANDIS+GYR, INC.'S MOTION TO DISMISS AND PLAINTIFFS' MOTION TO REMAND
Case No. 3:13-cv-3355-EMC

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs and Defendant Landis+Gyr, Inc. ("L+G"), by and through their respective counsel of record, hereby stipulate as follows pursuant to Local Rules 6-1(a) and 7-7(b)(1):

1. L+G's Motion to Dismiss (Dkt. No. 9) is scheduled for hearing on September 5, 2013;
2. On August 19, 2013, Plaintiffs filed a Motion to Remand (Dkt. No. 23) and scheduled a hearing date of September 5, 2013. For a motion filed through ECF on August 19, 2013, the earliest hearing date providing sufficient notice is September 23, 2013;
3. The Court's first available hearing date after September 23, 2013 for civil motions is September 26, 2013 at 1:30 p.m.;
4. Defendant Wellington Power Corporation filed a Motion to Dismiss (Dkt. No. 24) on August 19, 2013, which is also set for hearing on September 26, 2013.
5. Because judicial economy and the convenience of all parties are best served by having the three motions pending before the Court heard on the same date, Plaintiffs and L+G agree that L+G's Motion to Dismiss and Plaintiffs' Motion to Remand should both be heard on September 26, 2013 at 1:30 p.m.

**IT IS SO STIPULATED.**

DATED: August 21, 2013         KING & SPALDING LLP

                               By:   /s/ Donald F. Zimmer, Jr.
                                     DONALD F. ZIMMER JR.
                                     Attorney for Defendant
                                     LANDIS+GYR, INC.

DATED: August 21, 2013         LAW OFFICES OF PAUL R. OVERETT

                               By:   /s/ Paul R. Overett
                                     PAUL R. OVERETT
                                     Attorney for Plaintiffs

---

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARINGS ON LANDIS+GYR, INC.'S MOTION TO DISMISS AND PLAINTIFFS' MOTION TO REMAND
Case No. 3:13-cv-3355-EMC

1  The Court, having considered the parties' stipulation pursuant to Local Rules 6-1(a) and
2  7-7(b)(1), hereby continues the hearing date for Defendant Landis+Gyr, Inc.'s Motion to Dismiss
3  (Dkt. No. 9) and Plaintiffs' Motion to Remand (Dkt. No. 23) from September 5, 2013 to
4  September 26, 2013 at 1:30 p.m.

6  **IT IS SO ORDERED.**

8  Date: _____8/23/13_____

   _____
   **THE HONORABLE EDWARD M. CHEN
   UNITED STATES DISTRICT JUDGE**

   *[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; IT IS SO ORDERED, signed Judge Edward M. Chen]*

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARINGS ON
LANDIS+GYR, INC.'S MOTION TO DISMISS AND PLAINTIFFS' MOTION TO REMAND
Case No. 3:13-cv-3355-EMC

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant Landis+Gyr, Inc. hereby certifies that a true and correct copy of the foregoing document was filed with the Court and served electronically through the CM-ECF (electronic case filing) system to all counsel of record to those registered to receive a Notice of Electronic Filing for this case on August 21, 2013.

          /s/ Donald F. Zimmer, Jr.
          DONALD F. ZIMMER, JR.

          Attorney for Defendant
          LANDIS+GYR, INC.

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARINGS ON
LANDIS+GYR, INC.'S MOTION TO DISMISS AND PLAINTIFFS' MOTION TO REMAND
Case No. 3:13-cv-3355-EMC