1  Philip J. Wang (SBN 218349)
2  Traci M. Keith (SBN 235828)
   **LIM, RUGER & KIM, LLP**
3  One Maritime Plaza, Suite 825
   San Francisco, CA 94111
4  Phone: (415) 599-2828
   Fax: (415) 599-2829
5  Email: philip.wang@limruger.com
           traci.keith@limruger.com
6
7  Attorneys for Defendant Pacific Gas & Electric
   Company
8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12  ROMAN HULSEY, CHRISTINA QUINN,          Case No.: 3:13-cv-03355-EMC
    PATRICIA ADAMS, WINIFRED THOMAS,
13  LINDA CREEL, AND ABRAM PERLSTEIN,       **STIPULATION AND [PROPOSED] ORDER
                                            SETTING BRIEFING SCHEDULES AND
14              Plaintiffs,                 CONTINUING HEARING DATES**

15       vs.
                                            Honorable Edward M. Chen
16
    PACIFIC GAS AND ELECTRIC COMPANY,
17  WELLINGTON ENERGY INC., LANDIS AND
    GYR, AND DOES 1-20, INCLUSIVE,
18
                Defendants.
19

20

21

22

23

24

25

26

27

28

{00868903.DOC}                                       **STIPULATION AND [PROPOSED] ORDER
                                                      SETTING BRIEFING SCHEDULE AND
                                                      CONTINUING HEARING DATE**
                                            **1**      **Case No. 3:13-cv-03355-EMC**

1    Plaintiffs, Defendant Pacific Gas & Electric Company ("PG&E"), Defendant Landis + Gyr,

2  Inc. ("L+G"), and Defendant Wellington Power Corporation ("Wellington"), by and through their

3  respective undersigned counsel, agree as follows:

4    WHEREAS, L+G filed a Motion to Dismiss the FAC on July 25, 2013 (Docket #9), which is

5  currently set for hearing on September 26, 2013;

6    WHEREAS, Plaintiffs filed a Motion to Remand (Docket #23), which is currently set for

7  hearing on September 26, 2013;

8    WHEREAS, Wellington filed a Motion to Dismiss the FAC and Joinder in L+G's Motion to

9  Dismiss the FAC on August 19, 2013 (Docket #24), which is currently set for hearing on September

10  26, 2013;

11    WHEREAS, Plaintiffs and PG&E have agreed that PG&E shall have until September 17,

12  2013 to respond to Plaintiffs' Motion to Remand;

13    WHEREAS, Plaintiffs and PG&E previously agreed, and the Court so ordered, that PG&E

14  shall have until September 20, 2013 to answer or otherwise respond to the FAC (Docket #21);

15    WHEREAS, PG&E intends to file a Motion to Dismiss the FAC by September 20, 2013;

16    WHEREAS, the Case Management Conference is currently set for October 10, 2013;

17    WHEREAS, judicial economy and the convenience of the parties are best served by having all

18  three motions to dismiss as well as Plaintiffs' motion to remand heard on the same day;

19    NOW THEREFORE, IT IS HEREBY STIPULATED by and among, Plaintiffs, PG&E,

20  Wellington, and L+G, through their respective counsel, and subject to Court approval as follows:

21    1.   L+G's Motion to Dismiss, Wellington's Motion to Dismiss and Joinder in L+G's

22  Motion to Dismiss, and Plaintiffs' Motion to Remand are all continued and shall be heard together on

23  October 31, 2013 at 1:30 p.m.;

24    2.   The opposition(s) to Plaintiffs' Motion to Remand will be filed no later than

25  September 17, 2013; Plaintiffs' reply will be filed no later than September 24, 2013;

26    3.   PG&E will file its Motion to Dismiss by September 20, 2013 and will set it for

27  hearing on October 31, 2013 at 1:30 p.m.

28  ///

{00868903.DOC}

1        4.  The Case Management Conference will be continued to a date after October 31, 2013

2  that is convenient for the Court.

3

4  DATED:  August 26, 2013              Respectfully submitted,

5

6                              By: _____/s/_____

7                              Philip J. Wang

8                              **Lim, Ruger & Kim, LLP**

9                              *Attorneys for Defendant Pacific Gas &*

10                              *Electric Company*

11

12                              By: _____/s/_____

13                              Paul R. Overett

14                              **Law Offices of Paul R. Overett**

15                              *Attorneys for Plaintiffs Hulsey, Quinn,*
*Adams, Thomas, Creel and Perlstein*

16

17                              By: _____/s/_____

18                              Donald F. Zimmer Jr.

19                              **King & Spalding**

20                              *Attorneys for Defendant Landis+Gyr, Inc.*

21

22                              By: _____/s/_____

23                              Noel Edlin

24                              **Bassi Edlin Huie & Blum LLP**

25                              *Attorneys for Defendant Wellington Power*

26                              *Corporation*

27

28

{00868903.DOC}                           **STIPULATION AND [PROPOSED] ORDER**
**SETTING BRIEFING SCHEDULE AND**
**CONTINUING HEARING DATE**
**3**          **Case No. 3:13-cv-03355-EMC**

1

**ATTESTATION CLAUSE**

2

I, Philip J. Wang, am the ECF User whose ID and password are being used to file this

3

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND

4

CONTINUING HEARING DATE.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest

5

that Paul R. Overett, Donald F. Zimmer, and Noel Edlin have concurred in this filing.

6

7

Date:   August 26, 2013                                             LIM, RUGER & KIM LLP

8

By: /s/ Philip J. Wang

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2   **IT IS FURTHER ORDERED THAT** the Case Management Conference is continued to

3   _____12/5/13_____ with the Case Management Statement due by _____11/27/13_____.

4

5

6   DATED: ____8/27/13____

7                                                                    d M. Chen
                                                                     Court Judge
8

9   *(seal: UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA — APPROVED — Judge Edward M. Chen)*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

{00868903.DOC}                                          **STIPULATION AND [PROPOSED] ORDER**
                                                        **SETTING BRIEFING SCHEDULE AND**
                                                        **CONTINUING HEARING DATE**
                                          **5**          **Case No. 3:13-cv-03355-EMC**