Philip J. Wang (SBN 218349)
Traci M. Keith (SBN 235828)
**LIM, RUGER & KIM, LLP**
One Maritime Plaza, Suite 825
San Francisco, CA 94111
Phone: (415) 599-2828
Fax: (415) 599-2829
Email: philip.wang@limruger.com
         traci.keith@limruger.com

Attorneys for Defendant
Pacific Gas & Electric Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAN HULSEY, CHRISTINA QUINN, PATRICIA ADAMS, WINIFRED THOMAS, LINDA CREEL, AND ABRAM PERLSTEIN,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, WELLINGTON ENERGY INC., LANDIS AND GYR, AND DOES 1-20, INCLUSIVE,<br><br>Defendants. | Case No.: 3:13-cv-03355-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME BY THREE (3) DAYS DEADLINES TO FILE OPPOSITION TO AND REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND**<br><br>Date:  October 31, 2013<br>Time:  1:30 p.m.<br>Courtroom 5, 17th Floor<br><br>Honorable Edward M. Chen |

{00871525.DOC}

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE OPP. AND REPLY ISO MOTION TO REMAND**
**Case No. 3:13-cv-03355-EMC**

1

1    Plaintiffs, Defendant Pacific Gas & Electric Company ("PG&E"), Defendant Landis + Gyr,
2 Inc. ("L+G"), and Defendant Wellington Power Corporation ("Wellington"), by and through their
3 respective undersigned counsel, agree as follows:

4    WHEREAS, on August 27, 2013, the Court entered the stipulation of the Parties [Docket #
5 34], providing in part that PG&E would file its response to Plaintiffs' Motion to Remand on or before
6 September 17, 2013 and file its Motion to Dismiss Plaintiffs' FAC on or before September 20, 2013;

7    WHEREAS, Plaintiffs and PG&E have agreed that PG&E's deadline to file its opposition to
8 Plaintiffs' Motion to Remand shall be extended by three (3) days, making PG&E's deadline to file on
9 or before September 20, 2013, the same day as its Motion to Dismiss is due.

10   WHEREAS, Plaintiffs and PG&E have further agreed that Plaintiffs' deadline to file their
11 reply in support of their Motion to Remand shall also be extended by three (3) days, making that
12 deadline on or before September 27, 2013.

13   WHEREAS, Plaintiffs' Motion to Remand is currently scheduled for hearing on October 31,
14 2013, such that extending these deadlines by three (3) days will not require any change to the Court's
15 schedule;

16   NOW THEREFORE, IT IS HEREBY STIPULATED, by and among the Parties, through
17 their respective counsel, and subject to Court approval, that PG&E shall have until September 20,
18 2013 to file an opposition to Plaintiffs' Motion to Remand and Plaintiffs shall have until September
19 27, 2013 to file a reply in support of their Motion to Remand.

20

21 DATED:  September 10, 2013                          Respectfully submitted,

22
23
24                                                   By:  _____/s/ Philip J. Wang_____
25                                                        Philip J. Wang
26                                                   **Lim, Ruger & Kim, LLP**
27                                                   *Attorneys for Defendant Pacific Gas &*
                                                     *Electric Company*
28

{00871525.DOC}                                       **STIPULATION AND [PROPOSED] ORDER**
                                                     **EXTENDING TIME TO FILE OPP. AND**
                                                     **REPLY ISO MOTION TO REMAND**
                                  2                  **Case No. 3:13-cv-03355-EMC**

By: _____/s/_____

Paul R. Overett

**Law Offices of Paul R. Overett**

*Attorneys for Plaintiffs Hulsey, Quinn, Adams, Thomas, Creel and Perlstein*

By: _____/s/_____

Donald F. Zimmer Jr.

**King & Spalding**

*Attorneys for Defendant Landis+Gyr, Inc.*

By: _____/s/_____

Noel Edlin

**Bassi Edlin Huie & Blum LLP**

*Attorneys for Defendant Wellington Power Corporation*

## ATTESTATION CLAUSE

I, Philip J. Wang, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING TIME BY THREE (3) DAYS DEADLINES TO FILE OPPOSITION AND REPLY.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Paul R. Overett, Donald F. Zimmer, and Noel Edlin have concurred in this filing.

Date:   September 10, 2013                         LIM, RUGER & KIM LLP

By: /s/ Philip J. Wang

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  DATED:  __9/12/13__                    _____
                                          The Honorable Edward M. Chen
                                          United States District Court Judge



{00871525.DOC}                          **STIPULATION AND [PROPOSED] ORDER**
                                        **EXTENDING TIME TO FILE OPP. AND**
                                        **REPLY ISO MOTION TO REMAND**
                              4         **Case No. 3:13-cv-03355-EMC**