DONALD F. ZIMMER, JR. (State Bar No. 112279)
fzimmer@kslaw.com
MATTHEW J. BLASCHKE (State Bar No. 281938)
mblaschke@kslaw.com
CAMERON J. HOYLER (State Bar No. 273234)
choyler@kslaw.com
**KING & SPALDING LLP**
101 Second Street
Suite 2300
San Francisco, CA  94105
Telephone:    +1 415 318 1200
Facsimile:    +1 415 318 1300

Attorneys for Defendant
LANDIS+GYR, INC.
(erroneously sued as "Landis and Gyr")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAN HULSEY; CHRISTINA QUINN, PATRICIA ADAMS, WINIFRED THOMAS, LINDA CREEL, AND ABRAM PERLSTEIN, <br><br> Plaintiffs, <br><br> v. <br><br> PACIFIC GAS AND ELECTRIC COMPANY, WELLINGTON ENERGY INC., LANDIS AND GYR, AND DOES 1-20, INCLUSIVE, <br><br> Defendants. | Case No. 3:13-cv-3355-EMC <br><br> **STIPULATION AND [P~~ROPO~~SED] ORDER EXTENDING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO REMAND** <br><br> CIV. L. R. 6-1(A) <br><br> **Hearing Date: October 31, 2013** <br> **Time:                        1:30 p.m.** <br> Judge:   Hon. Edward M. Chen <br> Courtroom:    5 – 17th Floor |

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs and Defendants Landis+Gyr, Inc. ("L+G") and Wellington Power Corporation ("Wellington"), by and through their respective counsel of record, hereby stipulate as follows pursuant to Civil Local Rule 6-1(a):

1. Plaintiffs filed their Motion to Remand (Dkt. 23) on August 19, 2013.  On August 27, 2013, the Court entered an Order approving the August 26, 2013 stipulation between Plaintiffs, Pacific Gas & Electric Company ("PG&E"), Wellington, and L+G, to continue the hearing date for Plaintiffs Motion to Remand until October 31, 2013, with any opposition(s) to be filed no later than September 17, 2013, and Plaintiffs' reply brief to be filed no later than September 24, 2013 (*See* Dkt. 34, p. 2:21-27).

2. On September 12, 2013, the Court approved the Parties' subsequent stipulation to further extend the briefing schedule for Plaintiffs' Motion to Remand (Dkt. 36), making PG&E's opposition due no later than September 20, 2013, and Plaintiffs' reply due on September 27, 2013.  That stipulation did not extend the deadlines for L+G and Wellington's opposition(s) to Plaintiffs' Motion to Remand.

3. Plaintiffs, L+G, and Wellington agree that it would be prudent for the briefing schedule on Plaintiffs' Motion to Remand to be uniform among all parties.

4. Therefore, Plaintiffs, L+G, and Wellington agree that L+G and Wellington's opposition(s), if any, to Plaintiffs' Motion to Remand shall be filed no later than September 20, 2013, and Plaintiffs' reply shall be filed no later than September 27, 2013.

**IT IS SO STIPULATED.**

DATED:  September 12, 2013

KING & SPALDING LLP

By:  /s/ Donald F. Zimmer, Jr.
    DONALD F. ZIMMER JR.
    Attorney for Defendant
    LANDIS+GYR, INC.

| | | |
|---|---|---|
| 1 | DATED:  September 12, 2013 | LAW OFFICES OF PAUL R. OVERETT |
| 2 | | |
| 3 | | By:  /s/  Paul R. Overett |
| 4 | | PAUL R. OVERETT<br>Attorney for Plaintiffs |
| 5 | | |
| 6 | DATED:  September 12, 2013 | BASSI EDLIN HUIE & BLUM LLP |
| 7 | | |
| 8 | | By:  /s/  Noel Edlin |
| 9 | | NOEL EDLIN<br>Attorney for Defendant WELLINGTON |
| 10 | | POWER CORPORATION |

**ATTESTATION CLAUSE**

I, Donald F. Zimmer, Jr., am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO REMAND.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Paul R. Overett and Noel Edlin have concurred in this filing.

/s/ Donald F. Zimmer, Jr.
DONALD F. ZIMMER JR.

1  The Court, having considered the parties' stipulation pursuant to Civil Local Rule 6-1(a),
2  hereby orders that L+G and Wellington's opposition(s) to Plaintiffs' Motion to Remand
3  (Dkt. 23) shall be filed no later than September 20, 2013, and Plaintiffs' reply shall be filed no
4  later than September 27, 2013.

**IT IS SO ORDERED.**

Date: 9/17/13 _____

_____
EDWARD M. CHEN
DISTRICT JUDGE

GRANTED
Judge Edward M. Chen

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant Landis+Gyr, Inc. hereby certifies that a true and correct copy of the foregoing document was filed with the Court and served electronically through the CM-ECF (electronic case filing) system to all counsel of record to those registered to receive a Notice of Electronic Filing for this case on September 12, 2013.

    /s/ Donald F. Zimmer, Jr.
DONALD F. ZIMMER, JR.

Attorney for Defendant
LANDIS+GYR, INC.